UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SONCY KOKOUVI, §<br>#221087850 §<br>　　　　Petitioner, §<br>　§<br>v. §     No. 3:24-cv-2809-B (BT)<br>　§<br>PRAIRIELAND DETENTION CENTER, §<br>　§<br>　　　　Respondent. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Because the petitioner has failed to file his habeas petition on the Court-approved form within the time to object to the Magistrate Judge's Findings, Conclusions, and Recommendation, by separate judgment, the petitioner's case will be **DISMISSED**.

SIGNED this 23rd day of January, 2025.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE